# RUHNKE & BARRETT
ATTORNEYS AT LAW

47 PARK STREET
MONTCLAIR, N.J. 07042
973-744-1000
973-746-1490 (FAX)

29 BROADWAY
SUITE 1412
NEW YORK, N.Y. 10006
212-608-7949

---

March 23, 2022

Served and Filed via ECF
Hon. Jesse M. Furman, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Centre Street
New York, N.Y. 10007

*Application GRANTED. The final pretrial conference is hereby RESCHEDULED for May 9, 2022 at 10:00 a.m.. The Clerk of Court is directed to terminate Doc. #32. SO ORDERED.*

*/s/ Jesse M. Furman*

*March 23, 2022*

Re: United States v. Cesar Abreu, 21-cr-300(JMF)

Dear Judge Furman:

The scheduling order for this matter (ECF-31) has been received. The Court has set May 10, 2022 as the date for the final pretrial conference. I write, respectfully, to advise the Court of a pre-existing conflict with the date. On May 10, I am scheduled to appear at 11:30 am for a status conference in the Eastern District of New York, at its Central Islip courthouse, in a case where the United States has been authorized to seek a sentence of death. The case is *United States v. Alexi Saenz*, 16-cr-403(GRB). I serve as Learned Counsel, *see* 18 USC §3005, to the defendant and it is vital that I appear since the Court is considering setting a trial and motions schedule in that capital case.

I am presently available for the conference before Hour Honor on May 9 or May 4, 5 or 6. The May 9 date is preferred. The Court's attention to this request is appreciated.

Respectfully yours,
/s/ David A. Ruhnke
David A. Ruhnke, Counsel to Defendant

Cc: All parties via ECF