UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 21-CR-300(JMF) |
| - v. - | : | |
| CESAR ABREU, | : | |
| Defendant. | : | |

-------------------------------------------------------------x

### ORDER TO PERMIT COURT CLOTHING

Upon the application of David A. Ruhnke, Esquire, counsel to defendant Cesar Abreu, and good cause having been shown, it is hereby

**ORDERED** that the Bureau of Prisons, the Metropolitan Detention Center, Brooklyn, New York, and the United States Marshals Service accept the following clothing for Mr. Cesar Abreu, Register Number 15093-067, to wear for appearances at his trial commencing on May 16, 2022, and continuing thereafter:

- Two pairs of slacks;
- Two pairs of socks;
- Two shirts;
- One pair of shoes;
- One belt;
- One suit jacket.

<u>Dated</u>: New York, New York
      May 11, 2022

*In accordance with the MDC's rules, the Court has modified the order to permit only two shirts at a time.*

SO ORDERED:

_____
JESSIE M. FURMAN
United States District Judge