UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
                                                           :
UNITED STATES OF AMERICA               :
                                                           :
         -v-                                 :       21-CR-300 (JMF)
                                                           :
CESAR ABREU,                             :          <u>ORDER</u>
                                                           :
                       Defendant.         :
                                                           :
----------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Attached to this Order are the following:

- The note received from the jury (Court Exhibit 1);

- The jury verdict form (Court Exhibit 2).

       SO ORDERED.

Dated: May 20, 2022
       New York, New York

                                                      _____
                                                              JESSE M. FURMAN
                                                              United States District Judge

Court Exhibit 1

# JURY NOTE

The jury ~~no~~ has reached a verdict.

Date: 5/19/22

Time: 12:53 PM



Foreperson's Signature

Court Exhibit 2

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :     21 Cr. 300 (JMF)
        -v-                                                 :
                                                            :
CESAR ABREU,                                                :     VERDICT FORM
                                                            :
                        Defendant.                          :
                                                            :
------------------------------------------------------------X
```

*All Answers Must Be Unanimous*

**Count One** – **Distribution or Possession with Intent to Distribute Cocaine**

  Guilty   ✓    Not Guilty _____

*If, but only if, you find the defendant guilty of Count One, please answer the following question about the quantity of cocaine involved in the crime. Otherwise, please skip to Count Two.*

 Count One involved the following quantity of a mixture or substance containing a detectable amount of cocaine (select one):

  5 kilograms or more:    ✓

  500 or more grams but less than 5 kilograms: _____

  Less than 500 grams: _____

**Count Two** – **Distribution or Possession with Intent to Distribute Fentanyl**

  Guilty   ✓    Not Guilty _____

*If, but only if, you find the defendant guilty of Count Two, please answer the following question about the quantity of fentanyl involved in the crime. Otherwise, please skip to Count Three.*

 Count Two involved the following quantity of a mixture or substance containing a detectable amount of fentanyl (select one):

  400 or more grams:    ✓

  40 or more grams but less than 400 grams: _____

  Less than 40 grams: _____

**Count Three** – **Use or Maintenance of Drug-Involved Premises**

  Guilty   ✓    Not Guilty _____

*After completing the Verdict Form, please sign your names in the spaces provided below, fill in the date and time, and inform the Court Security Officer that you have reached a verdict.*



Foreperson

Date and Time: 12:52 PM 5/19/22

*Once you have signed the Verdict Form, please give a note — NOT the Verdict Form itself — to the Court Security Officer stating that you have reached a verdict.*